1  Anthony D. Prince (SBN # 202892)
   General Counsel, California Homeless Union/Statewide Organizing Council
2  Law Offices of Anthony D. Prince
   2425 Prince Street, Ste. 100
3  Berkeley, CA 94705
   Tel: 510-301-1472
4                                                                           Page |
                                                                            - 1 -
5  Attorneys for Plaintiffs
                           UNITED STATES COURT
6
                      EASTERN DISTRICT OF CALIFORNIA
7
8  SACRAMENTO HOMELESS UNION, a          )  Case No.:  2:22-cv-01095-TLN-KJN
   local of the CALIFORNIA HOMELESS      )
9  UNION/STATEWIDE ORGANIZING            )  DECLARATION OF CRYSTAL
   COUNCIL, on behalf of itself and those it )  SANCHEZ IN SUPPORT OF
10 represents,                            )  PLAINTIFFS' REPLY TO CITY'S
                                          )  OPPOSTION TO PLAINTIFFS' MOTION
11          Plaintiffs                    )  FOR INJUNCTIVE RELIEF TO
                                          )  PREVENT LIFE-THREATENING HEAT-
12     vs.                                )  RELATED INJURIES AND DEATHS TO
                                          )  MEMBERS OF THE SACRAMENTO
13 COUNTY OF SACRAMENTO, a political      )  HOMELESS COMMUNITY
   subdivision of the State of California; CITY )
14 OF SACRAMENTO, a municipal corporation; )
   DOES 1 – 100,                          )  Hon. Judge Troy L. Nunley
15                                         )
16          Defendants                     )
                                          )
17                                         )
                                          )
18                                         )
                                          )
19                                         )
20 _____

21              DECLARATION OF CRYSTAL SANCHEZ

22     I, CRYSTAL SANCHEZ, hereby declare as follows:

23
       1.  I am President of the Sacramento Homeless Union. I have been organizing support for
24
           the homeless here in Sacramento for twenty years and am intimately and personally
25
           familiar with the particular conditions being faced by hundreds of people and, by way of
26
           reliable reports from our officers and leads, I am familiar with the conditions of
27
           thousands of Sacramento County's homeless.
28

*Declaration of Crystal Sanchez*

2. Our Union provides outreach to over 392 encampments in the Sacramento area both within the city jurisdiction and the county jurisdiction. We have partnered with the county and given input around sanitation including water porta potties and trash as well as aided in the encampment team pilot in which some of the county agencies owners were brought to some of our local Union encampments where they were able to pilot their program. While we have seen a vast improvement within the county there are still some major issues that need to be addressed including the respite and water situations.

3. Every year we face the same failures over the lack of respite cooling centers. Right now, the lack of sufficient and accessible cooling center is causing great suffering in the homeless community.

4. The failure to provide accessible cooling centers is made worse by the continuing sweeps of the homeless and clearing of encampments by the City and County through Sacramento Police, Dept. of Utilities, Code enforcement and contractors such as "Foreniclean." These sweeps are cutting people off from access of water supplied by our Union and other community volunteers and churches. As the City admitted yesterday, all shelters are full.

5. Tonight I was present when Union Pacific Railroad Police began clearing hundreds of us away from the railroad tracks. California Highway Patrol officers distributed a handful of "Sacramento Homeless Resources" cards, attached hereto as Exhibit A. There isn't a single cooling shelter listed.

6. The respite issues are not a new. Up until June 15th 2022 the County of Sacramento practiced cruel temperature specifications for respites these included 3 consecutive days above 105° as well as three consecutive days below freezing temperatures of 32° before a Respite center would be opened. Due to these circumstances many people have died on the streets. The Sacramento homeless unions position on the new weather requirement is

*Declaration of Crystal Sanchez*

Page |
- 2 -

that it has given them even more room to not have to open respite to those living on the streets, seniors or those who have the need for respite. The wording is not definitive and holds no real requirement and leaves for no accountability. The lack of cooling centers has left thousands of people on the street to potentially die under the medical circumstances as described by Dr. Flojuane Cofer in her declaration in support of our motion for injunctive relief. We have fought civilly for them to open these centers yet instead of taking all appropriate measures to open them they find ways in which they do not have to. Due to the impacts of climate the asphalt stays at about 140 plus degrees on hot days and on cooler days about 120. Inside the motorhomes the temperatures are elevated especially when motorhomes have been swept from underneath shaded areas. We must remember that tents only have a thin layer of tarp on the bottom so people are directly laying on asphalt in a sense.

7. We have met with the county to discuss the situation around sanitation there have been times where they wanted to stop it completely due to funding issues. Because the staff is primarily all new during these meetings they have told us what we already know because we helped implement it to begin with. The response of the city and the county is so far off from the actual need. They are not in these encampments, they do not see people melting in chairs basically they do not see the children showing symptoms of heat stroke, they do not see the seniors in wheelchairs with ulcers and sores from sweating and no way to clean them, in fact they do everything in their power to make it so they don't have to see them. People are dying due to weather related conditions as the coroner has reported. During the current heat waves, I have personally summoned paramedics for persons in obvious extreme heat distress. We need the county to step in immediately with a better policy that includes 24/7 respite on any days that are over 90°

*Declaration of Crystal Sanchez*

8. I did go to four encampments and collect data for a few days. I want to emphasize again when the weather restrictions say moderate most of the days that we looked stated except for in the high-risk categories. Also moderate temperature was for the air, not for the asphalt and shift tent and living conditions people are living in. If this was a business or a labor related gauge the businesses would be shut down due to extreme heat inside.

9. While I am not going to go over every temperature that we collected I would like to point out the encampment at Evergreen. The first night we bought the infrared temperature gauge we went out to one of the camps we work with that is constantly hit with vehicle removals sweeps and more. At 709 p.m. we went out in the shade it was still 101.5° in the sun it was 120.4° inside one of our union members tents it was still 102.6, and in the RV with cardboard insulated Windows it was 115.7. they were swept on 623/2022 just 3 days prior were they all had to move around. The situation with the tent and RV that I tested is critical for the courts to know. We have a mother, father, autistic twins and two other children at this encampment. We were able to get the mother and father and children into a local hotel. The mother and father both work and because of the program they are not allowed to have anybody come and watch their children. Therefore they need to bring the children to the encampment to be watched so they can work by the mother's mom.

10. As far as police sweeps are concerned, the Union has over the last two years canvassed dozens of camps and obtained over 125 statements sworn and signed under penalty of perjury showing that Sacramento Police, Sacramento Dept. of Utilities, Code Enforcement and County sheriffs have continued to conduct sweeps despite being under a July, 2020 Order for Writ of Mandate to refrain from removing homeless persons or clearing encampments. We will file a list of these declarants and provide their statements in declaration form should the Court require us to do so. Some of the most recent were

*Declaration of Crystal Sanchez*

1   obtained in the last few days and show that sweeps are occurring daily and no one is

2   being provided with information about let alone being aided in going to a cooling

3   shelter.

4       I swear and affirm under penalty of perjury under the laws of the United States and the State

5   of California that this is statement is true and based on personal knowledge.

6       Dated: July 23, 2022

7       Executed at Sacramento, CA                               /s/ Crystal Sanchez

*Declaration of Crystal Sanchez*

# Exhibit A



1  Anthony D. Prince (SBN # 202892)
   General Counsel, California Homeless Union/Statewide Organizing Council
2  Law Offices of Anthony D. Prince
   2425 Prince Street, Ste. 100
3  Berkeley, CA 94705
   Tel: 510-301-1472
4
5  Attorneys for Plaintiffs

Page | - 1 -

**UNITED STATES COURT**

6                    **EASTERN DISTRICT OF CALIFORNIA**

7
8  SACRAMENTO HOMELESS UNION, a          )  **Case No.: 2:22-cv-01095-TLN-KJN**
   local of the CALIFORNIA HOMELESS      )
9  UNION/STATEWIDE ORGANIZING            )  **DECLARATION OF BETTY RIOS IN**
   COUNCIL, on behalf of itself and those it )  **SUPPORT OF PLAINTIFFS' REPLY TO**
10 represents,                           )  **CITY'S OPPOSTION TO PLAINTIFFS'**
                                         )  **MOTION FOR INJUNCTIVE RELIEF TO**
11              Plaintiffs               )  **PREVENT LIFE-THREATENING HEAT-**
                                         )  **RELATED INJURIES AND DEATHS TO**
12     vs.                               )  **MEMBERS OF THE SACRAMENTO**
                                         )  **HOMELESS COMMUNITY**
13                                       )
   COUNTY OF SACRAMENTO, a political     )
14 subdivision of the State of California; CITY )  Hon. Judge Troy L. Nunley
   OF SACRAMENTO, a municipal corporation; )
15 DOES 1 – 100,                         )
                                         )
16              Defendants               )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19                                       )

20
21                    **DECLARATION OF BETTY RIOS**

22     I, BETTY RIOS, hereby declare as follows:

23     1.  My name is Betty Rios and I have been a Sacramento Homeless Union leader of the

24         Stockton SOS camp for 3 years. In 2019 approximately 200 of my camp members and

25         myself started organizing to fight for housing now and no more death on the streets as

26         we are constantly tormented by the laws and policies put in place that are directly

27         impacting Our lives. As a Union officer and years-long supporter of my homeless
28

*Declaration of Betty Rios*

community, I have deep, personal knowledge of the conditions of hundreds of Union members and supporters.

2. I have personally been swept dozens times by Sacramento Police, City Code Enforcement, County Park Rangers and other law enforcement agencies, even after the Court issued a Writ of Mandate to stop the sweeps. These sweep are continuing even now during the extreme heat wave. These sweeps have the effect of scattering hundreds of homeless persons who were actually receiving things necessary to survive the heat wave such as food, coverings and especially water. Members of the Homeless Union, Church and community members who have been able to bring water to large numbers of people in one location cannot do that any longer because the sweeps by Sac P.D., City Code, Utilities Dept enforcement and others have dispersed us all over town. The city won't provide us with water and now they are preventing community volunteers from providing us with water.

3. Since 2019 when we made national news for a large sweep in which many of us lived on the property prior to the old hotel and trailer park being torn down, we have been swept over 78 times. We have lost over 30 encampment members including to weather related incidences after sweeps since 2019.

4. I currently live off of Morrison Creek. We are swept on a regular basis, including during the hottest days, and not offered any real time services or transportation to any cooling centers.

5. During one of the sweeps I was moved into the City's "Safe Ground" which was not safe at all in fact it placed me in greater danger. People were being trafficked out of the site. We asked for basic needs such as water and oftentimes were given such a limited amount it wasn't enough for all of us. We were placed on hot asphalt underneath the freeway. Eventually they moved people out of the X Street safe ground and placed them

*Declaration of Betty Rios*

Page | - 2 -

at Miller Park. I have been to that location; during last week's heat wave the temperatures inside the "Safeground" tents was over 110 degrees as measured by Homeless Union officers using professional thermometers. During an earlier heatwave the City provided transportation for a few to cooling centers. But in the last two heatwaves, they did not offer any transportation to cooling centers and have not increased the amount of water being provided. People are suffering thirst and heat stress.

Page | - 3 -

6.  City code enforcement is using contractors such as "Forensiclean" and others using bulldozers, skiploaders and garbag trucks to destroy our possessions. Sometimes they hand out 72-hour notices, but when there is nowhere to go, what good does that do us? Other times they just show up, tell us to hurry up and pack and get out. No services are offered, no transportation to cooling shelters or anywhere else where we can go to survive the heat.

7.  and Sac PD are always in our camps harassing us, threatening us, and making it known that we are unwelcome. Has been no offers of respite and we are never told when they're even available. Most of the time cooling centers are extremely far away up to 3 miles and its unaccessible for us because we would that far to cool off and be suffering in the heat on the hot asphalt all the way since the City is not providing any transportation. No wonder these cooling centers are almost empty.

8.  I have medical conditions and so do many of the people in our encampments here in the Stockton boulevard area. I fear for my life and my family's life. When they come and tag us and threaten us we literally panic, cry, stress out, and overexert ourselves just to protect what little stuff we have. It feels like torture. None of us want to be on the streets but we also don't want to be kettled into places that are more dangerous or in congregate settings. Many of us have been on the streets and have been victimized in these settings that are not realistic for us. The safe grounds in my opinion as somebody who formally

*Declaration of Betty Rios*

stayed there are a joke why are we spending so much money to keep people in tents on hot asphalt instead of providing the resources that are needed like housing and wrap around services. We don't trust any of the entities when they do occasionally come to the camps with the exception of the Sacramento homeless Union at this point. The city and the county and all of their navigation systems have lied to us over and over. I have lost over 30 people from my encampment in 3 years to death on the streets. Generally three days after any sweep we see somebody die. It breaks up our camps and people disperse wherever they can go this often leads to people being preyed on. I'm writing the statement and hopes that the court hears us and stops the torture to the thousands of people living on the Street in Sacramento. I go to City Council and I've been to meetings across the state trying to voice what is happening to us on the streets. The cities and counties continue to collect money off of us who are suffering on the streets we need the courts help to protect us because we are not being heard.

I swear and affirm under penalty of perjury under the laws of the United States and the State of California that this is statement is true and based on personal knowledge.

Dated: July 23, 2022                                    /s/Betty Rios

Executed at Sacramento, CA

*Declaration of Betty Rios*

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

**UNITED STATES COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents, <br><br> Plaintiffs <br><br> vs. <br><br> COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; DOES 1 – 100, <br><br> Defendants | Case No.: 2:22-cv-01095-TLN-KJN <br><br> **DECLARATION OF MIKE LOPEZ IN SUPPORT OF PLAINTIFF'S REPLY TO CITY'S OPPOSTION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF TO PREVENT LIFE-THREATENING HEAT-RELATED INJURIES AND DEATHS TO MEMBERS OF THE SACRAMENTO HOMELESS COMMUNITY** |

**DECLARATION OF MIKE LOPEZ**

I, MIKE LOPEZ, hereby declare as follows:

1. I was born on March 6th, 1986. I currently reside along Roseville Road near a golf course

   across from the railroad tracks. I have been unhoused off and on since I was 19 years old. I

   previously stayed near Arden Way but I was forced to move by the Sacramento City Police

   and so now I have to go back and forth between here and Arden Way when we are forced to

*Declaration of Mike Lopez*

move. I suffer from bad knees and feet in which I am supposed to have surgery but have

been unable to because I don't have anywhere stable to go after surgery.

2. During this extreme heat, I have been actively trying to pursue shelter or a cooling center for

respite, or any type of assistance but it is impossible to navigate the systems. We were told

to call 311 but when you do, they do not give you resources to help you get through the

chaos of the sweeps or emergency needs.

3. The police never tell us where we can go: they just tell us we can't be here. I am aware of

my rights and I do know that Martin versus Boise says that I can be on public property as

long as there's no shelter available. I also know that they are supposed to store all of my

belongings, yet they never do and I have to start over every time they come and take our

belongings.

4. At no time during the heat waves we have experienced has the City or County come here

and give us information about cooling centers or how to get there, or offer transportation,

which I would need on account of my bad knees, and can't walk far. At no time has any

County or City employees brought us any water. Only the Homeless Union and sometimes

Church groups bring water, but it's not enough, especially when its so hot.

5. I would go to a cooling center if they would provide transportation.

I swear and affirm under penalty of perjury under the laws of the United States and the State

of California that this is statement is true and based on personal knowledge.

Dated: July 23, 2022                                    /s/Mike Lopez

Executed at Sacramento, CA

*Declaration of Mike Lopez*

Page |
- 2 -

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

Page |
- 1 -

**UNITED STATES COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SACRAMENTO HOMELESS UNION, a
local of the CALIFORNIA HOMELESS
UNION/STATEWIDE ORGANIZING
COUNCIL, on behalf of itself and those it
represents,

   Plaintiffs

  vs.

COUNTY OF SACRAMENTO, a political
subdivision of the State of California; CITY
OF SACRAMENTO, a municipal corporation;
DOES 1 – 100,

   Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: **2:22-cv-01095-TLN-KJN**

**DECLARATION OF JOSEPH STENMAN
IN SUPPORT OF PLAINTIFF'S REPLY
TO CITY'S OPPOSTION TO
PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF TO PREVENT
LIFE-THREATENING HEAT-RELATED
INJURIES AND DEATHS TO MEMBERS
OF THE SACRAMENTO HOMELESS
COMMUNITY**

---

**DECLARATION OF JOSEPH STENMAN**

I, JOSEPH STENMAN, declare as follows:

1. My name is Joseph Stenman. I am a 65-year old disabled man currently unhoused with

 my service dog in Sacramento, California near Roseville Road living in an encampment.

 The residents of this encampment are constantly approached by Sacramento Police

 Department, City code enforcement and County Park Rangers. We are often threatened

 and told to move and have not been given any citations or any resources.

*Declaration of Joseph Stenman*

2. During the days when it has been hot, I have asked for resources from police including a place to cool off in this extreme heat. I have asked for water and been told by law enforcement that they don't have any to provide for me or my dog. I was told to call 311. I do not have access to a phone but did use a friend's phone but the operator at 311 had no immediate resources for me.

3. Every time Sacramento Police and Code enforcement sweep us or take all of our stuff, I have to start all over which is very hard. I have chronic medical conditions including kidney stones, heart stents, a lump on my chest and I have a bleeding disorder. The heat makes these conditions worse.

4. When police do sweeps, they take our tents and everything else. My tent gives me some relief from the sun, so when they take our tents, we are left in the hot sunlight or have to walk around looking for shade somewhere. This is very hard for me given my health conditions. No one from the City or County has brought water to this encampment during any of the hottest days.

5. No one from the City of Sacramento or the County has come here and offered to take us to a cooling center or even told us where the cooling centers are. I would definitely be willing to go to a cooling center resources if my dog, who is my service animal, would be allowed to go.

I swear and affirm under penalty of perjury under the laws of the United States and the State of California that this is statement is true and based on personal knowledge.

Dated: July 22, 2022                                    /s/Joseph Stenman

Executed at Sacramento, CA

*Declaration of Joseph Stenman*

Page | - 2 -



1  Anthony D. Prince (SBN # 202892)
   General Counsel, California Homeless Union/Statewide Organizing Council
2  Law Offices of Anthony D. Prince
   2425 Prince Street, Ste. 100
3  Berkeley, CA 94705
   Tel: 510-301-1472

4                                                                                    Page |
                                                                                     - 1 -
5  Attorneys for Plaintiffs
                        **UNITED STATES COURT**
6
                   **EASTERN DISTRICT OF CALIFORNIA**
7
8  SACRAMENTO HOMELESS UNION, a          )  **Case No.: 2:22-cv-01095-TLN-KJN**
   local of the CALIFORNIA HOMELESS      )
9  UNION/STATEWIDE ORGANIZING            )  **SUPPLEMENTAL DECLARATION OF**
   COUNCIL, on behalf of itself and those it )  **FALISHA SCOTT IN SUPPORT OF**
10 represents; BETTY RIOS; DONTA         )  **PLAINTIFF'S REPLY TO DEFENDANT**
   WILLIAMS; FALISHA SCOTT and all those )  **CITY OF SACRAMENTO'S**
11 similarly situated,                   )  **OPPOSITION TO**
                                         )  **PLAINTIFFS' EMERGENCY**
12           Plaintiffs                  )  **APPLICATION FOR TEMPORARY**
                                         )  **RESTRAINING ORDER AND**
13      vs.                              )  **MANDATORY INJUNCTION TO**
                                         )  **PREVENT LIFE-THREATENING HEAT-**
14                                       )  **RELATED HARM TO MEMBERS OF**
   COUNTY OF SACRAMENTO, a political     )  **THE SACRAMENTO HOMELESS**
15 subdivision of the State of California; CITY )  **COMMUNITY**
   OF SACRAMENTO, a municipal corporation; )
16 and DOES 1 – 100,                     )
                                         )
17                                       )
             Defendants                  )
18                                       )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22 _____ )

23
                **SUPPLEMENTAL DECLARATION OF FALISHA SCOTT**
24
      I, FALISHA SCOTT, hereby swear and affirm that the following is a true and correct
25
   statement based on personal knowledge and otherwise on information and belief.
26
      1.  I am a resident of the "Safeground" encampment located Miller Park in the City of
27
28           Sacramento and a named plaintiff in this case. This encampment was set up by the City

_Supplemental Declaration of Falisha Scott_

of Sacramento and is operated by First Step Communities, a contractor for the City of Sacramento. I am one of about fifty homeless persons who live in small tents pushed side by side on an asphalt parking lot.

2. On June 23, 2022, I signed a Declaration in Support of Plaintiffs' Motion for Injunctive relief describing the dangerous conditions at the Miller Park Safe Ground.

3. As of today, exactly one month later, the conditions described in my original declaration have only gotten worse. No one from First Step Communities, the City of Sacramento, the County of Sacramento has come here to investigate or take steps to improve the conditions I described in my first declaration.

4. In the excessive heat that has occurred in the last month, our tents, including mine, are unbearably hot, with temperatures around 110 degrees Fahrenheit as measured by Crystal Sanchez using a professional electronic thermometer. There is still not enough water and we are still not receiving any breakfast while other food is limited.

5. For the convenience of the Court, the remainder of this Declaration restates the conditions that I described in my first declaration.

6. "Safeground" is completely surrounded by a metal fence that has four gates. The gates are padlocked from the outside every night at midnight and remain locked until 5:00 am the next morning.

7. The temperature in Sacramento for the last three days has been between 91 and 101 degrees. When I first came here about three weeks ago, a heat wave occurred. Camp management ordered us out of our tents because they told us that the temperature inside was going to go up to 115 degrees Fahrenheit. However, since the current heat wave began, Camp management has said nothing and made no effort to check on us or help us even though the temperature inside the tents now is around 120 degrees. Even at night the tents are unbearably hot because the asphalt parking lot on which our tents sit

*Supplemental Declaration of Falisha Scott*

Page |
- 2 -

absorbs and retains heat that you can be burned just by touching it. For the last few

nights, I have awakened covered in sweat, the tent filled with puddles of sweat.

8. There are only about four 5-gallon containers of water that have to be shared by all fifty

of us as well as by about ten service and support dogs that live here. That comes out to

about six pints (or six 8-ounce glasses) of water for each of us for all day and all night

and is really less because of the water that goes to the animals.

9. We run out of water very quickly and management does not refill the containers more

than two or three times a day. Sometimes we go hours without water. Other than what is

brought in, there is no other source of water in the camp. There are no coolers in the

camp; there is no ice to keep the water cool so we are forced to drink very hot water as it

stands out in the sun and heat.

10. We are not provided with a breakfast and have to wait to the middle of the day to get a

bag lunch that consists of a peanut butter and jelly sandwich, a bag of chips, a small box

of raisins and one piece of string cheese. No beverage is provided.

11. Three weeks ago when the first heat wave came, we were provided with transportation to

a cooling center and bus passes to return. However, in the last three days, we have not

been provided with any information about cooling centers or transportation or bus passes

to get there.

12. The Camp management does not check to see if we are Ok in these hot tents. A person

could be suffering and even die from the heat and nobody would find out about. The heat

is making it worse for those of us who suffer from psychiatric conditions, including me.

People are exhausted and have no energy. This place is like a concentration camp. The

only ones who care about us is Crystal Sanchez and the Homeless Union.

*Supplemental Declaration of Falisha Scott*

Page |
- 3 -

13. Many people in the "Safeground" are scared to speak out because they fear retaliation or being kicked out of the camp. I am also worried about that but have decided that the truth about what's going here needs to come out.

14. Attached hereto as Exhibit A is a true and correct copy of two photographs of the "Safeground" encampment: one depicts a row of tents closely packed together and surrounded by a fence. The other photograph shows a tent sitting directly on the asphalt parking lot in the sun.

I swear and affirm under penalty of perjury under the laws of the United States and the State of California that this is a true and correct statement.

Dated: July 23, 2022

Executed at Sacramento, California.

/s/ Falisha Scott

Page |
- 4 -

*Supplemental Declaration of Falisha Scott*

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

**UNITED STATES COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents,<br><br>Plaintiffs<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; DOES 1 – 100,<br><br>Defendants | Case No.: **2:22-cv-01095-TLN-KJN**<br><br>**DECLARATION OF ELIZABETH MALLARD IN SUPPORT OF PLAINTIFFS' REPLY TO CITY'S OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF TO PREVENT LIFE-THREATENING HEAT-RELATED INJURIES AND DEATHS TO MEMBERS OF THE SACRAMENTO HOMELESS COMMUNITY**<br><br>Hon. Judge Troy L. Nunley |

**DECLARATION OF ELIZABETH MALLARD**

I, ELIZABETH MALLARD, hereby declare as follows:

1. My name is Elizabeth mallard. I am a 55-year-old woman. I have been unhoused for approximately 9 years. I take multiple medications and have been diagnosed with multiple sclerosis, hypoglycemia, and asthma. I have a history of stroke and I'm anemic. Over the past nine years, I have been victimized and had all of my positions taken by law enforcement.

*Declaration of Elizabeth Mallard*

2.  Within the last month, Sacramento code enforcement came out and removed my vehicle, which was my only mode of transportation to doctor's appointments and for my safety. I was staying off of Florin road. They did not ticket or tag my vehicle, they just took it. They offered us no resources in fact nobody even talked to us; they just came and took our stuff.

3.  I have been struggling in this heat and we are receiving no water or supplies from the city or county. The Sacramento homeless Union has provided some water through the union members but it's not enough.  The Sacramento homeless Union also provided gas for my generator, but not enough. The city and county continue to place us in danger. I had safety when I had a way to lock myself inside. I fear for my life being out on these streets. The heat makes my illnesses worse and could kill me; it is a hopeless feeling because we cannot access resources. They tell us to call 211, which leads us to nothing.

4.  No one has told us anything about cooling centers or helped us get to one. I would go if they did so.

I swear and affirm under penalty of perjury under the laws of the United States and the State of California that this is statement is true and based on personal knowledge.

Dated: July 23, 2022                               /s/Elizabeth Mallard

Executed at Sacramento, CA

*Declaration of Elizabeth Mallard*

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Page |
- 1 -

Attorneys for Plaintiffs

**UNITED STATES COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SACRAMENTO HOMELESS UNION, a
local of the CALIFORNIA HOMELESS
UNION/STATEWIDE ORGANIZING
COUNCIL, on behalf of itself and those it
represents,

        Plaintiffs

    vs.

COUNTY OF SACRAMENTO, a political
subdivision of the State of California; CITY
OF SACRAMENTO, a municipal corporation;
DOES 1 – 100,

        Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 2:22-cv-01095-TLN-KJN**

**DECLARATION OF LENA MARINO IN
SUPPORT OF PLAINTIFF'S REPLY TO
CITY'S OPPOSTION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE RELIEF TO
PREVENT LIFE-THREATENING HEAT-
RELATED INJURIES AND DEATHS TO
MEMBERS OF THE SACRAMENTO
HOMELESS COMMUNITY**

**Hon. Judge Troy L. Nunley**

**DECLARATION OF LENA MARINO**

I, LENA MARINO, hereby declare as follows:

1. My name is Lena Marino and my date of birth is 12/23/81. I am currently living near the
   freeway off of a bike trail. I have been actively harassed by the rangers, and Sacramento
   Police Department regarding the encampment I currently reside in. We are never notified
   of any active cooling centers especially in this extreme heat wave. Trying to find the
   information is completely inaccessible as I do not have a phone.

*Declaration of Lena Marino*

2. I have moved down the way off of Roseville Road and now am in a shaded location. As a woman on the streets, I actively seek out services. It is dangerous for women to be out on the streets. Every time I have tried to reach out for services I am placed on hold and oftentimes run out of charge on my phone. The city and the county do not come out here to give us access to any services; the only time that they come out is to remove us. I don't understand it. When it is hot out here you would think that your officials would care enough about you to bring you water to make sure you're okay but they are nowhere to be found. No one has come out here and told us where the cooling centers are or anywhere else to go to cool off or offered a way to get to a cooling center. People in the Community drive by us and shoot bb-guns and paintballs at us, they throw water at us they scream profane names at us.

3. The police and code enforcement have been kicking us out of our encampments even when it is extremely hot. Right now, I get some protection because this is a shady area. If police and code enforcement kick me out of this area, I will be out in the hot sun with no protection.

4. I have a college education. Because there are no resources, I have to spend my day seeking out my survival needs for water, shelter, food. We have all races all classes all religions all types of people out here being abused by the systems in place. I feel they collect money for us but it never gets to us.

5. I used to stay at Roseville Road near the light rail. While I was out there during covid I was aware that the Sacramento homeless Union had filed a lawsuit which allowed us to be able to remain where we were. The union and the medical teams would come out weekly oftentimes bringing resources and medical care to us. Also advising us of cooling centers, wait list openings, etc. The union also brought out hand washing stations at the beginning of covid which then the county brought out trash services and

Page 2 -

*Declaration of Lena Marino*

porta potties. There are thousands of people along Roseville Road so the access was very

minimal but we were grateful all the same.

I swear and affirm under penalty of perjury under the laws of the United States and the State

of California that this is statement is true and based on personal knowledge.

Dated: July 23, 2022                                    /s/Lena Marino

Executed at Sacramento, CA

Page | - 3 -

*Declaration of Lena Marino*