SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendant
CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.: 2:22-cv-01095-TLN-KJN<br><br>**ANSWER OF DEFENDANT CITY OF SACRAMENTO AND DEMAND FOR JURY TRIAL** |

Defendant CITY OF SACRAMENTO, (hereinafter "Defendant") answers the Complaint (hereinafter "Complaint") of Plaintiff SACRAMENTO HOMELESS UNION, A LOCAL OF THE CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, ON BEHALF OF ITSELF AND THOSE IT REPRESENTS; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT AND ALL THOSE SIMILARLY SITUATED,.,

as follows:

1. Defendant denies the allegations in Paragraph 1.

2. Defendant denies the allegations in Paragraph 2.

3. Defendant denies the allegations in Paragraph 3.

4. Defendant denies the allegations in Paragraph 4.

5. Defendant denies the allegations in Paragraph 5.

6. Defendant denies the allegations in Paragraph 6.

7. Defendant denies the allegations in Paragraph 7.

8. Defendant denies the allegations in Paragraph 8.

9. Defendant denies the allegations in Paragraph 9.

10. Defendant denies the allegations in Paragraph 10.

11. Paragraph 11 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

12. Defendant has no information or belief to enable it to answer the allegations of Paragraph 12 of the Complaint, and accordingly, denies each and every allegation contained therein.

13. Defendant has no information or belief to enable it to answer the allegations of Paragraph 13 of the Complaint, and accordingly, denies each and every allegation contained therein.

14. Defendant has no information or belief to enable it to answer the allegations of Paragraph 14 of the Complaint, and accordingly, denies each and every allegation contained therein.

15. Defendant has no information or belief to enable it to answer the allegations of Paragraph 15 of the Complaint, and accordingly, denies each and every allegation contained therein.

16. Defendant has no information or belief to enable it to answer the allegations of Paragraph 16 of the Complaint, and accordingly, denies each and every allegation contained

therein.

17. Paragraph 17 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

18. Paragraph 18 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

19. Defendant denies the allegations in Paragraph 19.

20. Defendant denies the allegations in Paragraph 20.

21. Defendant denies the allegations in Paragraph 21.

22. Paragraph 22 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

23. Paragraph 23 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

24. Paragraph 24 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

25. Paragraph 25 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

26. Defendant denies the allegations in Paragraph 26.

27. Paragraph 27 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

28. Paragraph 28 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and

every allegation contained therein.

29. Defendant denies the allegations in Paragraph 29.

30. Defendant denies the allegations in Paragraph 30.

31. Defendant denies the allegations in Paragraph 31.

32. Defendant denies the allegations in Paragraph 32.

33. Defendant denies the allegations in Paragraph 33.

34. Defendant denies the allegations in Paragraph 34.

35. Defendant denies the allegations in Paragraph 35.

36. Paragraph 36 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

37. Paragraph 37 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

38. Paragraph 38 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

39. Paragraph 39 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

40. Defendant denies the allegations in Paragraph 40.

41. Defendant denies the allegations in Paragraph 41.

42. Paragraph 42 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

43. Paragraph 43 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

44. Paragraph 44 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

45. Defendant denies the allegations in Paragraph 45.

46. Paragraph 46 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

47. Paragraph 47 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

48. Defendant denies the allegations in Paragraph 48.

49. Paragraph 49 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

50. Paragraph 50 sets forth arguments and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

51. Defendant denies the allegations in Paragraph 51.

52. Defendant has no information or belief to enable it to answer the allegations of Paragraph 52 of the Complaint, and accordingly, denies each and every allegation contained therein.

53. Defendant has no information or belief to enable it to answer the allegations of Paragraph 53 of the Complaint, and accordingly, denies each and every allegation contained therein.

54. Defendant has no information or belief to enable it to answer the allegations of Paragraph 54 of the Complaint, and accordingly, denies each and every allegation contained therein.

55. Paragraph 55 sets forth arguments and/or legal conclusions, as opposed to factual

allegations, to which no response is required, and on that ground, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

As and for separate and distinct affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

[Failure to State a Cause of Action]

Plaintiffs' complaint, and each cause of action contained therein, fails to state the facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

[Statute of Limitations]

The claims for relief alleged in the complaint are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

[Tort Claims Act]

Plaintiffs claim is barred for failure to comply with the California Tort Claims Act.

### FOURTH AFFIRMATIVE DEFENSE

[Comparative Fault - Plaintiff]

Plaintiffs are barred from recovery, in whole or part, because his sole or partial negligence was the proximate cause of the acts and events alleged in the complaint.

### FIFTH AFFIRMATIVE DEFENSE

[Comparative Fault - Third Parties]

Plaintiffs are barred from recovery from Defendant, in whole or part, because the sole or partial negligence of third parties was the proximate cause of the acts and events alleged in the complaint.

### SIXTH AFFIRMATIVE DEFENSE

[Assumption of the Risk]

Plaintiffs freely and voluntarily assumed the risk of injury and damage alleged in the complaint with full knowledge and appreciation of the magnitude thereof.

## SEVENTH AFFIRMATIVE DEFENSE

[Government Code - Immunities]

Each act or omission alleged in the complaint falls within the immunities and defenses described in sections 800 through 995 of the California Government Code, including but not limited to, sections 815.2, 818.8, 820.2, 821.2, 822.2, 830.2, 830.4, 830.6, 830.8, 830.9, 831, 831.2, 835.4, 840.2, 840.4, 840.6, and 845.8.

## EIGHTH AFFIRMATIVE DEFENSE

[Good Faith]

Defendant alleges it has acted in good faith and without wrongful intent at all times alleged in the complaint.

## NINTH AFFIRMATIVE DEFENSE

[Arrest/Force]

Each act or omission alleged in the complaint falls within the immunities and privileges set forth in the California Penal Code, including but not limited to, sections 834, 834a, 835, 836, and 836.5.

WHEREFORE, Defendant requests:

1. That Plaintiffs take nothing from Defendant herein and that judgment be awarded in favor of Defendant;

2. That Defendant recover its reasonable costs incurred in the defense of this action; and

3. For such other and further relief as the court may deem proper.

## DEMAND FOR JURY TRIAL

NOTICE IS HEREBY GIVEN that Defendant City of Sacramento, demands a jury trial in the above-entitled action pursuant to the provisions of Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the United States Constitution.

//
//
//

DATED: August 3, 2022

SUSANA ALCALA WOOD,
City Attorney


By: /s/ CHANCE L. TRIMM
**CHANCE L. TRIMM**
Senior Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO