Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

# UNITED STATES COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.: 2:22-cv-01095-TLN-KJN<br><br>PLAINTIFFS' MOTION TO EXTEND OR REINSTATE PRELIMINARY INJUNCTION AGAINST CITY OF SACRAMENTO AND FOR SANCTIONS; SUPPLEMENTAL DECLARATION OF FLOJAUNE COFER, PhD, MPH; DECLARATION OF JESSICA GILBERT; SUPPLEMENTAL DECLARATION OF ANTHONY D. PRINCE; [Proposed] ORDER |

## INTRODUCTION AND BACKGROUND

On July 28, 2022 this Court issued a preliminary injunction, Document No. 22, against the City of Sacramento prohibiting the City from clearing of homeless encampments and individuals who would be thereby exposed to the increased of heat-related great bodily harm or death. The preliminary injunction will terminate on August 25, 2022 unless the court extends or re-instates the the injunction. The month of August has seen repeated days of extreme heat ranging from mid and upper 90 degrees Fahrenheit to triple digits as high as 107 degrees Fahrenheit. (See, Declaration of Crystal Sanchez). Unfortunately, we have also seen repeated violations of the preliminary

injunction by Defendant City of Sacramento which has continued to clear encampments and push unsheltered, unhoused individuals from locations of relative protection from the extreme heat to the sweltering, heat-absorbing, heat-reflecting asphalt and cement of the City's streets. (See, Declaration of Jessica Gilbert and Supplemental Declaration of Dr. Flojaune Cofer.)

The forecast for the remainder of August, 2022 and the upcoming month of September, 2022, again calls for many days of extreme heat. (See, Declaration of Flojaune Cofer.) For this reason, Plaintiffs seek an Order from this Court to extend the current preliminary injunction an additional 30 more days.

**More extreme heat days are predicted for September, 2022, as occurred last year in September, 2021**

In an email communication to this law office dated yesterday, August 23, 2022, Sacramento City Attorney Chance Trimm stated that the City was unwilling to enter into a stipulation to extend the present preliminary injunction before it expires on August 25, 2022.

In pertinent part, the email, without any supporting evidence made the following assertion: "Based on historical weather patterns in the City, the City does not agree with plaintiffs' contention there will be additional "extreme heat" days in September which would warrant extending the Court's prior temporary restraining order during the month of September." (See, Supplemental Declaration of Anthony Prince)

However, this assertion is directly rebutted by official weather reports for September, 2021 which show that Sacramento experienced eight (8) days in which the temperature was between 95 degrees Fahrenheit and 100 degrees Fahrenheit or greater. These days included: September 5, 2021 (95 degrees F); September 6, 2021 (99 degrees F); September 7, 2021 (100 degrees F); September 8, 2021 (104 degrees F.); September 14, 2021 (95 degrees F.); September 21, 2021 (95 degrees F.); and September 23, 2021 (97 degrees F.) As public health expert Dr. Flojaune Cofer stated in her Declaration in support of plaintiff's original motion and amplifies upon in the accompanying

*Plaintiffs' Motion for Extension or Reinstatement of Preliminary Injunction*

Page | - 2 -

Supplemental Declaration, these temperatures represent an extreme risk of to persons who are exposed, without shade, to the burning sun and retained heat of the City's streets and sidewalks. See, Declaration and Supplemental Declaration of Flojaune Cofer, PhD, MPH)

Thus, "the historical weather pattern" insofar as it includes data as recent as last year's September temperatures, not only rebuts the City's unsupported assertions with regard to what can be expected in September 2022, but shows just the opposite, especially combined with the current forecast, i.e., Sacramento will experience extreme heat days this coming month.

In fact the current forecast of the National Weather Service for this coming September, 2022 indicates that on at least five days, Sacramento will experience an average temperature of 95 degrees Fahrenheit or greater, including Labor Day Weekend predictions of 98 degrees (September 3), 100 degrees (September 4) and 99 degrees on both September 5 and September 6.

Finally, as Dr. Cofer explains in her Supplemental Declaration, temperatures reported for Sacramento in the past are *average* daily temperatures, meaning that at different times of the day, temperatures exceeded or fell below triple digits. For example, as depicted in Exhibit ___ to Dr. Cofer's Declaration, on August 18, 2022, temperatures fluctuated wildly from a low of 64 degrees Fahrenheit at 12:00 am to a high of 100 degrees F. at 12:00 pm and, on August 20, from 63 degrees F to a high of 102 degrees F. on the same day. Yet the average temperature for the entire day would be recorded below the hottest part of that day.

Therefore, on any given day in the upcoming month of September, 2022, depending on the hour of the day, temperatures may exceed the temperature and come close to or exceed triple digits may exceed the forecasted average temperature. In addition, as discussed in the accompanying Supplemental Declaration of Dr. Flojaune Cofer, well after the hottest times of the day have ended, the heat absorbing streets, asphalt and concrete where the swept homeless are pushed continue to radiate extreme temperatures well into the night.

In short, the month of September, contrary to the City's unsupported assertion that there will be no extreme heat days, poses the same risk of heat-related bodily harm and possibly death to the unhoused if forced out of relatively safer, shaded areas onto the sweltering streets of Sacramento.

**The City has repeatedly violated and attempted to violate the current preliminary injunction by continuing to clear encampments and sweep homeless persons.**

Within days of the issuance of the August preliminary injunction, the City posted notices at the Morrison Creek area advising homeless campers that they would be removed. (See Supplemental Declaration of Anthony Prince.) Fortunately, the Union found out about the planned sweep and immediately contacted the City. (See Supplemental Declaration of Anthony D. Prince). Initially, the city refused to call off the threatened action, but later relented and, by letter dated August 3, 2022, canceled the sweep. (See Declaration of Anthony D. Prince.) In a letter dated August 3, 2022, City Attorney Chance Trimm wrote, "Dear Mr. Prince: In response to your message dated August 2, 2022, please be advised that pursuant to Judge Nunley's prior order. City personnel will not seek to enforce the City's ordinances or the Code of Federal Regulations and remove homeless individuals or their personal property from Morrison Creek during the remaining time Judge Nunley's prior order is in effect."

However, that same day, August 3, 2022, the Union learned that yet another sweep was planned by City Park Rangers. (Prince Declaration). Counsel for plaintiffs immediately contacted the City Attorney to insist that the posted notice to vacate be taken down. This time, however, the City refused to call off the sweep or remove the notices. Ultimately, the Union was able to restrain the City from conducting the sweep, but the Notice remains up to this day and has had the effect of frightening many campers who have left the area in fear. (Prince Declaration)

Although the Homeless Union has officers who reside in most of the City's larger homeless encampments, we are unable to monitor every camp and every unhoused individual but we continue to receive reports and showing that the City continues to defy the injunction.

*Plaintiffs' Motion for Extension or Reinstatement of Preliminary Injunction*

This includes, for example, the actions of two Sacramento police officers: a female believed to be named "Kirtlan" and a male officer believed to be named "Streigh"-- on or about August 7, 2022. The officers invaded a tent occupied by Jessica Gilbert, who was five-months pregnant, and her partner, Joseph Jensen, under Highway 50 while the two unhoused campers were asleep.

As described in her Declaration accompanying this motion, Ms. Gilbert states Officer Kirtlan unzipped her tent and told her and Mr. Jensen "I know it's nice and shady over here, but unfortunately you guys can't stay here. We are going to have to ask you to find a different place to go." Ms. Gilbert then overheard this officer say to the other police officer, "I just scared the shit out them." Although the officers took phone numbers from Ms. Gilbert and Mr. Jensen and promised that they would be contacted by a 'community response team," no such contact was ever made and no alternative housing or transportation to a cooling center was provided. The couple was forced into the streets as temperatures neared 100 degrees Fahrenheit. (See Declaration of Jessica Gilbert.) At no time was information about or transportation to a cooling center offered. Eventually, due to the extreme temperatures and lack of protection from the heat, they went to the corner of 39th and R Street where, again, they were able to remain somewhat shaded from the heat.

Less than a week later, at the 39th and R Streets location, on or about August 13, 2022, Ms. Gilbert and Mr. Jensen were again accosted by Sacramento police officers who ordered them to leave the shaded area and gave them a deadline of 6:30 pm to leave or face confiscation of their belongings. As described in Ms. Gilbert's declaration, the temperature was "over 100 degrees," no citation was issued and offer of services or information about cooling centers was provided. (See, Declaration of Jessica Gilbert)

Because of the difficulty of monitoring the City's conduct, particularly at those camps where the Union is not present, which comprise the majority of the thousands of unsheltered Sacramento resident, Plaintiffs reasonably fear that similar violations have occurred and may continue to occur.

## CONCLUSION

In sum, as discussed above and in the accompanying declarations, several factors converge to show the necessity of extending or re-instating this Court's preliminary injunction:

1) Extreme temperature days are forecasted for September, 2022, as supported by the extreme temperatures experience in September, 2021.

2) Even on non-extreme heat days, the cumulative impact of temperatures at or close to triple digits in immediately preceding days represents an uninterrupted increase in the risk of cumulative heat stress, hypothermia, heat stroke and associated heat-related harm.

3) Given that the City has continued to clear encampments despite the current injunction, failure to extend or reinstate the Order will almost certainly give rise to even more widespread displacement of homeless persons from camps and locations of relative protection from the heat into more exposed, dangerous circumstances.

Accordingly, Plaintiffs pray that this Court will extend or reinstate the current Preliminary Injunction for a period of thirty days as the elements that the Court deemed satisfied for the issuance of the original Order remain unchanged, if not even more pronounced. Time is of the essence as we move into another month in which days where temperatures in the upper 90-degree and triple-digit range are forecasted and likely to occur.

Finally, Plaintiffs pray the Court will issue appropriate sanctions against the City of Sacramento for its violations of the Order and in order to deter future violations should the Court determine that extension or re-instatement of the Preliminary Injunction be appropriate.

Dated: August 24, 2022

Respectfully Submitted,

/s/Anthony D. Prince
Anthony D. Prince,
Law Offices of Anthony D. Prince
General Counsel for California
Homeless Union/Statewide Organizing
Council,
Attorney for Plaintiffs

*Plaintiffs' Motion for Extension or Reinstatement of Preliminary Injunction*

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

# UNITED STATES COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>    Plaintiffs<br><br>    vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>    Defendants. | Case No.: 2:22-cv-01095-TLN-KJN<br><br>[Proposed] ORDER |

**GOOD CAUSE APPEARING THEREFORE,** the Court hereby **GRANTS** Plaintiffs' Motion to Extend or Reinstate the Preliminary Injunction of July 28, 2022 for a period of thirty (30) days. In addition, the Court **GRANTS** Plaintiffs' Request for Sanctions against Defendant City of Sacramento in the amount of $_____.

**IT IS ORDERED.**

Dated: August 24, 2022

_____
Hon. Troy L. Nunley,
District Court Judge for
the Eastern District of California

[Proposed] ORDER

Page | - 1 -