SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.: 2:22-cv-01095-TLN-KJN<br><br>**EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT CITY OF SACRAMENTO'S OPPOSITION TO PLAINTIFFS' MOTON TO EXTEND OR REINSTATE PRELIMINARY INJUNCTION AGAINST DEFENDANT CITY OF SACRAMENTO AND FOR SANCTIONS; CITY OF SACRAMENTO'S REQUEST FOR HEARING** |

1.  Videotape from the body worn camera of Sergeant Joshua Kirtlan will be submitted to the Court via hand-delivery and the link will be provided to all counsel via a separate email this afternoon.

///

///

///

1

EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT CITY OF SACRAMENTO'S OPPOSITION

1189240

2. Videotape from the body worn camera of Officer Kelli Streich will be submitted to the Court via hand-deliver and the link will be provided to all counsel via a separate email this afternoon.

DATED: August 29, 2022   SUSANA ALCALA WOOD,
City Attorney

By: /s/CHANCE L. TRIMM
**CHANCE L. TRIMM**
Senior Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO