SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**GRACE L. PAK, Senior Deputy City Attorney (SBN 263733)**
glpak@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.:  2:22-cv-01095-TLN-KJN<br><br>**TRANSFER OF LEAD ATTORNEY TO BE NOTICED FOR ALL PURPOSES** |

**NOTICE TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE pursuant to Local Rule 182(c)(1) that the Sacramento City Attorney's Office has transferred the handling of the above-entitled matter from Senior Deputy City Attorney CHANCE L. TRIMM, to Senior Deputy City Attorney GRACE L. PAK.  Defendant CITY OF SACRAMENTO hereby requests that all pleadings, notices,

orders, correspondence, and other papers in connection to this action be served upon Grace L. Pak.

    New counsel:    Grace L. Pak, Senior Deputy City Attorney
City of Sacramento
915 I Street, Room 4010, Sacramento, CA 95814
Tel.: (916) 808-5346
Email: glpak@cityofsacramento.org

    Old counsel:    Chance L. Trimm, Senior Deputy City Attorney
City of Sacramento
915 I Street, Room 4010, Sacramento, CA 95814
Tel.: (916) 808-5346
Email: ctrimm@cityofsacramento.org

The undersigned agree to this transfer.

Dated: May 22, 2023                                  SUSANA ALCALA WOOD,
CITY ATTORNEY

/s/    *Grace L. Pak*
GRACE L. PAK
Senior Deputy City Attorney

Dated: May 22, 2023                                  /s/    *Chance L. Trimm*
CHANCE L. TRIMM
Senior Deputy City Attorney