## Violation of TRO

From: Anthony Prince (princelawoffices@yahoo.com)

To: avelasquez@cityofsacramento.org; glpak@cityofsacramento.org

Bcc: sawood@cityofsacramento.org

Date: Friday, August 4, 2023 at 12:03 PM PDT

Just learned that Campers were cleared this am from City Hall, thereby violating the Court order. We will file for OSC for contempt if we have to. Please see to it the Order is obeyed.

Anthony

Sent from Yahoo Mail on Android

# Re: Violation of TRO

From: Anthony Prince (princelawoffices@yahoo.com)

To: avelasquez@cityofsacramento.org; glpak@cityofsacramento.org

Cc: sawood@cityofsacramento.org; sacramento.homeless.union@gmail.com

Date: Friday, August 4, 2023 at 03:32 PM PDT

Counsel: You have not responded to my message of several hours ago regarding a violation of the TRO at City Hall.

We have confirmed that contractors employed as Security Guards for City Hall removed the homeless this morning. The injunction expressly applies to the Security Guards and does not provide any exceptions, such as the "critical infrastructure" or government buildings. It is the City's obligation to communicate the Court's order to all employees, agents, contractors, etc.

Given that the City Attorney's office is located in City Hall, it is particularly troubling that the TRO, which was issued yesterday morning was either deliberately ignored by the City or that the City failed to communicate the Order to the private security company at City Hall.

Should the Union become aware of any other violations that have taken place or occur going forward, we will not hesitate to file for an Order to Show Cause why the City should not be held in contempt and will seek appropriate sanctions as well as additional orders from the Court. We also intend to make the Court aware of this incident.

Very truly yours,

Anthony Prince,
Attorney for the Sacramento Homeless Union

Sent from Yahoo Mail on Android

> On Fri, Aug 4, 2023 at 12:03 PM, Anthony Prince <princelawoffices@yahoo.com> wrote:
>
> > Just learned that Campers were cleared this am from City Hall, thereby violating the Court order. We will file for OSC for contempt if we have to. Please see to it the Order is obeyed.
> >
> > Anthony
> >
> > Sent from Yahoo Mail on Android

## Re: Violation of TRO

From: Anthony Prince (princelawoffices@yahoo.com)
To: glpak@cityofsacramento.org; avelasquez@cityofsacramento.org
Cc: sawood@cityofsacramento.org; sacramento.homeless.union@gmail.com
Date: Friday, August 4, 2023 at 04:50 PM PDT

Thank you for responding. Unfortunately, not only were campers removed, but in talking to some of those who went to Cesar Chavez Park, where they have routinely gone after the daily sweeps, there is now confusion and concern about their right to be at City Hall during the day and even at night. I strongly suggest that you post a notice that campers are entitled to remain at the location 24 hours a day until the current TRO expires or longer should the Court extend its Order.

Furthermore, given what happened, going forward, the mere presence of SPD and the private security around the building may make campers fearful and deter them from remaining at the building over this weekend and next week. Accordingly, please instruct SPD and security to avoid interactions with campers or making any show of force that would act as a deterrent.

It is the City's responsibility to insure across-the-board compliance with the Court order and not to offer any excuses for violations for failure to communicate the injunction to all those who interact with the unhoused, given that the subject of the Order is, to use the Court's own words, a matter of life and death.

The Union and our supporters will be notifying campers at City Hall and other locations of the Court's order and providing phone numbers for them to report harassment, threats, attempts to clear, warnings or other pressure to leave during the pendency of the TRO.

Finally, if we become aware that anyone was removed from City Hall or any other location since the yesterday and suffered any harm as a result or who fears to return to the area from which they were removed, we will hold the City fully liable.

Very truly yours,

Anthony Prince

> On Friday, August 4, 2023 at 03:50:12 PM PDT, Andrea Velasquez <avelasquez@cityofsacramento.org> wrote:
>
> Thank you for letting us know. We have addressed the issue with SPD and it should not occur again while the TRO is in place.
>
> **Andrea M. Velasquez**
> Supervising Deputy City Attorney
> 915 I Street, Room 4010
> Sacramento, CA. 95814
> (916) 808-5346 (Office)
> (619) 972-9746 (Cell)

This email contains material that is confidential and/or privileged under the work product doctrine, and attorney-client or official information privileges, for the sole use of the intended recipient. Any reliance on or review of this email by anyone other than the intended recipient, or any distribution or forwarding of this email, without express written permission of the City Attorney is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**From:** Anthony Prince <princelawoffices@yahoo.com>
**Sent:** Friday, August 4, 2023 3:33 PM
**To:** Andrea Velasquez <AVelasquez@cityofsacramento.org>; Grace Pak <GLPak@cityofsacramento.org>
**Cc:** Susana Alcala Wood <SAWood@cityofsacramento.org>; Crystal Sanchez <sacramento.homeless.union@gmail.com>
**Subject:** Re: Violation of TRO

Counsel: You have not responded to my message of several hours ago regarding a violation of the TRO at City Hall.

We have confirmed that contractors employed as Security Guards for City Hall removed the homeless this morning. The injunction expressly applies to the Security Guards and does not provide any exceptions, such as the "critical infrastructure" or government buildings. It is the City's obligation to communicate the Court's order to all employees, agents, contractors, etc.
Given that the City Attorney's office is located in City Hall, it is particularly troubling that the TRO, which was issued yesterday morning was either deliberately ignored by the City or that the City failed to communicate the Order to the private security company at City Hall.

Should the Union become aware of any other violations that have taken place or occur going forward, we will not hesitate to file for an Order to Show Cause why the City should not be held in contempt and will seek appropriate sanctions as well as additional orders from the Court. We also intend to make the Court aware of this incident.

Very truly yours,

Anthony Prince,
Attorney for the Sacramento Homeless Union

Sent from Yahoo Mail on Android

> On Fri, Aug 4, 2023 at 12:03 PM, Anthony Prince
> <princelawoffices@yahoo.com> wrote:
>
>> Just learned that Campers were cleared this am from City Hall, thereby violating the Court order. We will file for OSC for contempt if we have to. Please see to it the Order is obeyed.
>>
>> Anthony
>>
>> Sent from Yahoo Mail on Android

## Re: SHU v. City - TRO & City Hall

From: Anthony Prince (princelawoffices@yahoo.com)

To: avelasquez@cityofsacramento.org

Cc: sawood@cityofsacramento.org; glpak@cityofsacramento.org

Bcc: sacramento.homeless.union@gmail.com

Date: Monday, August 7, 2023 at 10:31 AM PDT

This is completely unacceptable and we will take appropriate action.

Anthony Prince

> On Monday, August 7, 2023 at 10:12:35 AM PDT, Andrea Velasquez <avelasquez@cityofsacramento.org> wrote:
>
> Good morning, Mr. Prince.
> I wanted to let you know that when Grace arrived at work this morning, she noticed that the unhoused who camp at City Hall were packing their belongings. She inquired with security who told her that they had conducted the 6 a.m. wake up call and informed the campers that they needed to vacate the premises. The person claimed ignorance of the TRO. We informed the site manager of Allied Security who said she will make sure the entire team knows of the TRO.
> Thank you,
> Andrea
>
> **Andrea M. Velasquez**
> Supervising Deputy City Attorney
> 915 I Street, Room 4010
> Sacramento, CA. 95814
> (916) 808-5346 (Office)
> (619) 972-9746 (Cell)
>
> This email contains material that is confidential and/or privileged under the work product doctrine, and attorney-client or official information privileges, for the sole use of the intended recipient. Any reliance on or review of this email by anyone other than the intended recipient, or any distribution or forwarding of this email, without express written permission of the City Attorney is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

## Re: SHU v. City - TRO & City Hall

**From:** Anthony Prince (princelawoffices@yahoo.com)

**To:** avelasquez@cityofsacramento.org

**Cc:** sawood@cityofsacramento.org; glpak@cityofsacramento.org

**Date:** Monday, August 7, 2023 at 10:37 AM PDT

---

The Union insists that City go to Cesar Chavez Park immediately and otherwise make all efforts immediately to notify those who were displaced this morning that they may return now to City Hall Plaza.

Anthony Prince

> On Monday, August 7, 2023 at 10:31:45 AM PDT, Anthony Prince <princelawoffices@yahoo.com> wrote:
>
> This is completely unacceptable and we will take appropriate action.
>
> Anthony Prince
>
> On Monday, August 7, 2023 at 10:12:35 AM PDT, Andrea Velasquez <avelasquez@cityofsacramento.org> wrote:
>
> Good morning, Mr. Prince.
>
> I wanted to let you know that when Grace arrived at work this morning, she noticed that the unhoused who camp at City Hall were packing their belongings. She inquired with security who told her that they had conducted the 6 a.m. wake up call and informed the campers that they needed to vacate the premises. The person claimed ignorance of the TRO. We informed the site manager of Allied Security who said she will make sure the entire team knows of the TRO.
>
> Thank you,
>
> Andrea
>
> **Andrea M. Velasquez**
>
> Supervising Deputy City Attorney
>
> 915 I Street, Room 4010
>
> Sacramento, CA. 95814
>
> (916) 808-5346 (Office)
>
> (619) 972-9746 (Cell)

This email contains material that is confidential and/or privileged under the work product doctrine, and attorney-client or official information privileges, for the sole use of the intended recipient. Any reliance on or review of this email by anyone other than the intended recipient, or any distribution or forwarding of this email, without express written permission of the City Attorney is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.