Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

# UNITED STATES COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.: 2:22-cv-01095-TLN-KJN<br><br>**SECOND SUPPLEMENTAL DECLARATION OF CRYSTAL SANCHEZ** |

**SECOND SUPPLEMENTAL DECLARATION OF CRYSTAL SANCHEZ**

I, Crystal Sanchez, hereby swear and affirm that the following is a true statement:

1. Attached hereto as Exhibit A is a true and correct copy of a "NOTICE TO REMOVE PERSONAL PROPERTY AND REMOVE PERSONAL PROPERTY" posted by the County of Sacramento Department of Regional Parks, Park Ranger Unit which I received on August 8, 2023 but was not able to provide until today to Sacramento Homeless Union Attorney Anthony Prince. As I previously stated in my prior Supplemental Declaration, I have personally observed Sacramento County Park Rangers

*Second Supplemental Declaration of Crystal Sanchez*

on many occasions both last year in the 2022 heat wave and over the last two weeks clearing homeless encampments from shady areas of Regional Parks.

2. Attached hereto as Exhibit B is a true and correct copy of the 7-day Forecast that appears in today's edition of the Sacramento Bee showing that tomorrow's high will be 94 degrees Fahrenheit which will increase through to Tuesday, August 15, 2023 when the temperature will rise to triple digits through Thursday, August. 17.

3. Attached hereto as Exhibit C is a true and correct copy of an extended forecast provided by the "Time and Date" weather service showing that between August 13 and August 25 there will be nine (9) days of temperatures above 90 degrees F.

4. Attached hereto as Exhibit D is a true and correct copy of the "AccuWeather" extended forecast for Sacramento which shows that between August 27, 2023 and September 30, 2023 there are 25 days forecast to be at 90 degrees F. or greater.

I hereby swear and affirm under penalty of perjury under the laws of the United States and the State of California that the foregoing is a true statement made on personal knowledge and otherwise on information and belief.

Dated: August 11, 2023

Executed at Sacramento, CA                              /s/ Crystal Sanchez

*Second Supplemental Declaration of Crystal Sanchez*

Page - 2 -

# Exhibit A

 

## COUNTY OF SACRAMENTO
### Department of Regional Parks, Park Ranger Unit

### NOTICE TO VACATE ENCAMPMENT AND REMOVE PERSONAL PROPERTY

Posting Date: 6·20·23  Time: 0915  Incident Number: 23-192260

Location: 2 CADILLAC DR.

### YOU ARE DIRECTED TO VACATE THE LOCATION DESCRIBED ABOVE AND REMOVE ALL BELONGINGS BY THE SCHEDULED REMOVAL DATE OF:

~~6-2~~ 6·22·2023 at 0915

*(No less than 48 hours from the Posting Date noted above)*

The County will clean this area starting on the date listed above, or shortly thereafter.

### WARNING

1. Unauthorized persons remaining in the Location on or after the Scheduled Removal Date may be subject to citation and prosecution for trespass (Pen. Code §602) or unlawfully camping or maintaining a structure. (Sacramento County Code (SCC) §9.36.083 or §9.120.040)
2. People who deposit personal property in the Location on or after the Scheduled Removal Date may be subject to citation and prosecution for nuisance or interfering with an abatement. (Pen. Code §370 and §372; Civ. Code §§3479-3581; SCC § 9.120.060 and §16.18.401)

All individuals and personal property must be removed from the Location identified in this Notice by the Scheduled Removal Date.

Any personal property left behind at the Location will be seized and stored for 90 days. Items that are unsafe, perishable, or hazardous to store will be discarded. Items left behind that are unfit for storage could be discarded.

<u>Instructions for retrieving your property</u>: You may retrieve personal property left behind by calling (916) 8756961 between the hours of 9:00 a.m. and 3:30 p.m., Monday through Friday, except holidays, and arranging an appointment to pick up your materials which have been stored at the Cube Smart facility at 775 N. 16th Street, or another County owned storage site.

To claim your property, you will need to provide the information on this notice, identification, and some means to identify your materials. Unclaimed materials will be destroyed on: 9·21·~~723~~
9·20·2023

### General Homelessness Resources and Referrals:

Unsheltered individuals may call 2-1-1 or visit www.211sacramento.org for information about resources and referrals.

*Revised October 2022*

# Exhibit B

Case 2:22-cv-01095-TLN-KJN   Document 50   Filed 08/11/23   Page 6 of 17




# Exhibit C



Sacramento 14 Day Extended Forecast

Time/General    Weather ˅    Time Zone    DST Changes    Sun & Moon ˅

Weather Today    Weather Hourly    14 Day Forecast    Yesterday/Past Weather    Climate (Averages)

Currently: 61 °F. Sunny. (Weather station: Sacramento Executive Airport, USA). See more current weather ›



Sacramento Extended Forecast with high and low temperatures

Sat, Aug 19

86 / 61 °F
Mostly sunny.

Feels Like:         83 °F
Humidity:           27%
Precipitation: Rain: 0 Snow: 0
Precipitation Chance: 3%

Wind:  SSW 13 mph

See weather overview ›

## 2 Week Extended Forecast in Sacramento, California, USA

| Day | Conditions | | Comfort | | | Precipitation | | Sun | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Temperature | Weather | Feels Like | Wind | Humidity | Chance | Amount | UV | Sunrise | Sunset |
| Fri | | | | | | | | | | |

| Day | | Hi/Lo | Forecast | Feels | Wind | | Humidity | Chance | | UV Index | Sunrise | Sunset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun Aug 13 | | 96 / 60 °F | Afternoon clouds. | 95 °F | | | 27% | | - | 6 (Moderate) | 6:18 am | 8:02 pm |
| Mon Aug 14 | | 100 / 65 °F | Decreasing cloudiness. | 98 °F | 4 mph | ↗ | 24% | 4% | - | 7 (High) | 6:19 am | 8:01 pm |
| Tue Aug 15 | | 104 / 66 °F | Mostly sunny. | 104 °F | 10 mph | ↑ | 21% | 0% | - | 7 (High) | 6:20 am | 8:00 pm |
| Wed Aug 16 | | 98 / 70 °F | Breaks of sun late. | 98 °F | 11 mph | ↑ | 28% | 0% | - | 5 (Moderate) | 6:20 am | 7:58 pm |
| Thu Aug 17 | | 95 / 68 °F | Decreasing cloudiness. | 93 °F | 13 mph | ↑ | 27% | 0% | - | 3 (Moderate) | 6:21 am | 7:57 pm |
| Fri Aug 18 | | 90 / 61 °F | Sunny. | 87 °F | 15 mph | ↑ | 27% | 2% | - | 7 (High) | 6:22 am | 7:56 pm |
| Sat Aug 19 | | 86 / 61 °F | Mostly sunny. | 83 °F | 13 mph | ↑ | 27% | 3% | - | 3 (Moderate) | 6:23 am | 7:54 pm |
| Sun Aug 20 |  | 89 / 60 °F | Sunny. | 84 °F | 4 mph | ↓ | 18% | 2% | - | 5 (Moderate) | 6:24 am | 7:53 pm |
| Mon Aug 21 | | 89 / 60 °F | Sunny. | 84 °F | 9 mph | ↗ | 13% | 3% | - | 5 (Moderate) | 6:25 am | 7:52 pm |
| Tue Aug 22 | | 89 / 61 °F | Afternoon clouds. | 84 °F | 10 mph | ↑ | 9% | 6% | - | 3 (Moderate) | 6:26 am | 7:50 pm |
| Wed Aug 23 | | 91 / 61 °F | Overcast. | 86 °F | 5 mph | ↘ | 7% | 6% | - | 3 (Moderate) | 6:27 am | 7:49 pm |
| Thu Aug 24 | | 92 / 63 °F | Sunny. | 86 °F | 8 mph | ↗ | 9% | 6% | - | 5 (Moderate) | 6:28 am | 7:47 pm |
| Fri Aug 25 | | 92 / 63 °F | Morning clouds. | 87 °F | 9 mph | ↑ | 14% | 6% | - | 3 (Moderate) | 6:29 am | 7:46 pm |

\* Updated Friday, August 11, 2023 2:24:13 am Sacramento time - Weather by CustomWeather, © 2023

Hour-by-hour weather for Sacramento next 7 days >

Advertising

timeanddate

© Time and Date AS 1995–2023



Sacramento 14 Day Extended Forecast

Time/General    Weather ˅    Time Zone    DST Changes    Sun & Moon ˅

Weather Today    Weather Hourly    14 Day Forecast    Yesterday/Past Weather    Climate (Averages)

Currently: 61 °F. Sunny. (Weather station: Sacramento Executive Airport, USA). See more current weather ›



See weather overview ›

2 Week Extended Forecast in Sacramento, California, USA

| Day | Conditions | | Comfort | | | Precipitation | | Sun | |
|---|---|---|---|---|---|---|---|---|---|
| | Temperature | Weather | Feels Like | Wind | Humidity | Chance | Amount | UV | Sunrise    Sunset |
| Fri | | | | | | | | | |



# Sacramento 14 Day Extended Forecast

Time/General   Weather ˅   Time Zone   DST Changes   Sun & Moon ˅

Weather Today   Weather Hourly   14 Day Forecast   Yesterday/Past Weather   Climate (Averages)

Currently: 61 °F. Sunny. (Weather station: Sacramento Executive Airport, USA). See more current weather >



See weather overview >

## 2 Week Extended Forecast in Sacramento, California, USA

| Day | Conditions | | | Comfort | | | Precipitation | | Sun | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Temperature | Weather | | Feels Like | Wind | Humidity | Chance | Amount | UV | Sunrise | Sunset |
| Fri | | | | | | | | | | | |

| Day | | High/Low | Conditions | Feels | Wind | | Humidity | Chance | | UV Index | Sunrise | Sunset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun Aug 13 | | 95 / 65 °F | Afternoon clouds. | 93 °F | 5 mph | | 27% | 3% | - | 7 (High) | 6:18 am | 8:02 pm |
| Mon Aug 14 | | 100 / 65 °F | Decreasing cloudiness. | 98 °F | 4 mph | ↗ | 24% | 4% | - | 7 (High) | 6:19 am | 8:01 pm |
| Tue Aug 15 | | 104 / 66 °F | Mostly sunny. | 104 °F | 10 mph | ↑ | 21% | 0% | - | 7 (High) | 6:20 am | 8:00 pm |
| Wed Aug 16 | | 98 / 70 °F | Breaks of sun late. | 98 °F | 11 mph | ↗ | 28% | 0% | - | 5 (Moderate) | 6:20 am | 7:58 pm |
| Thu Aug 17 | | 95 / 68 °F | Decreasing cloudiness. | 93 °F | 13 mph | ↑ | 27% | 0% | - | 3 (Moderate) | 6:21 am | 7:57 pm |
| Fri Aug 18 | | 90 / 61 °F | Sunny. | 87 °F | 15 mph | ↑ | 27% | 2% | - | 7 (High) | 6:22 am | 7:56 pm |
| Sat Aug 19 | | 86 / 61 °F | Mostly sunny. | 83 °F | 13 mph | ↑ | 27% | 3% | - | 3 (Moderate) | 6:23 am | 7:54 pm |
| Sun Aug 20 | | 89 / 60 °F | Sunny. | 84 °F | 4 mph | ↘ | 18% | 2% | - | 5 (Moderate) | 6:24 am | 7:53 pm |
| Mon Aug 21 | | 89 / 60 °F | Sunny. | 84 °F | 9 mph | ↗ | 13% | 3% | - | 5 (Moderate) | 6:25 am | 7:52 pm |
| Tue Aug 22 | | 89 / 61 °F | Afternoon clouds. | 84 °F | 10 mph | ↑ | 9% | 6% | - | 3 (Moderate) | 6:26 am | 7:50 pm |
| Wed Aug 23 | | 91 / 61 °F | Overcast. | 86 °F | 5 mph | ↘ | 7% | 6% | - | 3 (Moderate) | 6:27 am | 7:49 pm |
| Thu Aug 24 | | 92 / 63 °F | Sunny. | 86 °F | 8 mph | → | 9% | 6% | - | 5 (Moderate) | 6:28 am | 7:47 pm |
| Fri Aug 25 | | 92 / 63 °F | Morning clouds. | 87 °F | 9 mph | ↑ | 14% | 6% | - | 3 (Moderate) | 6:29 am | 7:46 pm |

\* Updated Friday, August 11, 2023 2:24:13 am Sacramento time - Weather by CustomWeather, © 2023

Hour-by-hour weather for Sacramento next 7 days >

Advertising



© Time and Date AS 1995–2023

| Day | | High/Low | Conditions | Feels Like | Wind | | Humidity | Precip | | UV | Sunrise | Sunset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun Aug 13 | | 96 / 64 °F | Afternoon clouds. | 93 °F | 8 mph | | 27% | 4% | - | 7 (High) | 6:18 am | 8:02 pm |
| Mon Aug 14 | | 100 / 65 °F | Decreasing cloudiness. | 98 °F | 4 mph | ↗ | 24% | 4% | - | 7 (High) | 6:19 am | 8:01 pm |
| Tue Aug 15 | | 104 / 66 °F | Mostly sunny. | 104 °F | 10 mph | ↑ | 21% | 0% | - | 7 (High) | 6:20 am | 8:00 pm |
| Wed Aug 16 | | 98 / 70 °F | Breaks of sun late. | 98 °F | 11 mph | ↑ | 28% | 0% | - | 5 (Moderate) | 6:20 am | 7:58 pm |
| Thu Aug 17 | | 95 / 68 °F | Decreasing cloudiness. | 93 °F | 13 mph | ↑ | 27% | 0% | - | 3 (Moderate) | 6:21 am | 7:57 pm |
| Fri Aug 18 | | 90 / 61 °F | Sunny. | 87 °F | 15 mph | ↑ | 27% | 2% | - | 7 (High) | 6:22 am | 7:56 pm |
| Sat Aug 19 | | 86 / 61 °F | Mostly sunny. | 83 °F | 13 mph | ↑ | 27% | 3% | - | 3 (Moderate) | 6:23 am | 7:54 pm |
| Sun Aug 20 | | 89 / 60 °F | Sunny. | 84 °F | 4 mph | ↓ | 18% | 2% | - | 5 (Moderate) | 6:24 am | 7:53 pm |
| Mon Aug 21 | | 89 / 60 °F | Sunny. | 84 °F | 9 mph | ↗ | 13% | 3% | - | 5 (Moderate) | 6:25 am | 7:52 pm |
| Tue Aug 22 | | 89 / 61 °F | Afternoon clouds. | 84 °F | 10 mph | ↑ | 9% | 6% | - | 3 (Moderate) | 6:26 am | 7:50 pm |
| Wed Aug 23 | | 91 / 61 °F | Overcast. | 86 °F | 5 mph | ↘ | 7% | 6% | - | 3 (Moderate) | 6:27 am | 7:49 pm |
| Thu Aug 24 | | 92 / 63 °F | Sunny. | 86 °F | 8 mph | ↗ | 9% | 6% | - | 5 (Moderate) | 6:28 am | 7:47 pm |
| Fri Aug 25 | | 92 / 63 °F | Morning clouds. | 87 °F | 9 mph | ↑ | 14% | 6% | - | 3 (Moderate) | 6:29 am | 7:46 pm |

\* Updated Friday, August 11, 2023 2:24:13 am Sacramento time - Weather by CustomWeather, © 2023

Hour-by-hour weather for Sacramento next 7 days >

Advertising



© Time and Date AS 1995–2023



# Exhibit D

The death toll rises after quickly spreading wildfires decimate Maui. Get the details.   Severe weather to

 Sacramento, CA 66°F

Search

TODAY   HOURLY   DAILY   RADAR   MINUTECAST   **MONTHLY**   AIR QUALITY   HEALTH & ACTIVITIES

Big save on Temu
Temu

September ∨ 2023 ∨                                                                    DAILY →

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 90° 60° | 90° 60° | 92° 61° | 94° 62° | 94° 62° | 92° 61° | 93° 63° |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 91° 62° | 89° 60° | 88° 60° | 87° 63° | 95° 59° | 95° 57° | 94° 58° |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 94° 59° | 93° 60° | 94° 56° | 93° 55° | 89° 55° | 86° 57° | 86° 65° |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |



      

| 90° | 89° | 90° | 91° | 91° | 82° | 81° |
| --- | --- | --- | --- | --- | --- | --- |
| 61° | 62° | 64° | 63° | 61° | 58° | 52° |

TEMPERATURE GRAPH °F