Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com

Associated with:

Susana Alcala Wood, City Attorney (SBN 156366)
Grace L. Pak, Senior Deputy City Attorney
(SBN 263733)
City Of Sacramento
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:  (916) 808-7455

Attorneys for Defendant
City of Sacramento

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.:   2:22-cv-01095-TLN-KJN<br><br>**NOTICE OF APPEARANCE OF LEE H. ROISTACHER**<br><br>Courtroom:   2<br>Judge:         Troy L. Nunley<br>Magistrate:   Kendall J. Newman<br><br>Complaint filed:   06/24/2022<br>Trial Date:          None set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lee H. Roistacher of the law firm of Dean Gazzo Roistacher LLP hereby appears as counsel for defendant City of Sacramento in the above-referenced action.  Effective immediately, please add Lee H. Roistacher as an attorney to be noticed on all matters at the following address:

1

**NOTICE OF APPEARANCE OF LEE H. ROISTACHER**   Case No.: 2:22-cv-01095-TLN-KJN

1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  440 Stevens Avenue, Suite 100
   Solana Beach, CA 92075
3  Telephone: (858) 380-4683
   Facsimile: (858) 492-0486
4  E-mail: lroistacher@deangazzo.com

Dated: August 16, 2023                            Dean Gazzo Roistacher LLP


                                          By: /s/ Lee H. Roistacher
                                              Lee H. Roistacher
                                              Attorneys for Defendant
                                              City of Sacramento

**NOTICE OF APPEARANCE OF LEE H. ROISTACHER**                Case No.: 2:22-cv-01095-TLN-KJN