1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  440 Stevens Avenue, Suite 100
   Solana Beach, CA  92075
3  Telephone:  (858) 380-4683
   Facsimile:  (858) 492-0486
4  E-mail:  lroistacher@deangazzo.com

5  Susana Alcala Wood, City Attorney (SBN 156366)
   Grace L. Pak, Senior Deputy City Attorney
6  (SBN 263733)
   City Of Sacramento
7  915 I Street, Room 4010
   Sacramento, CA  95814-2608
8  Telephone:  (916) 808-5346
   Facsimile:  (916) 808-7455
9
   Attorneys for Defendant
10 City of Sacramento

11                     **UNITED STATES DISTRICT COURT**

12                     **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | **PRELIMINARY INJUNCTION APPEAL**<br><br>Case No.:   2:22-cv-01095-TLN-KJN<br><br>**NOTICE OF APPEAL**<br><br>Courtroom:  2<br>Judge:       Troy L. Nunley<br>Magistrate:  Kendall J. Newman<br><br>Complaint filed:   06/24/2022<br>Trial Date:        None set |

Notice is hereby given that defendant City of Sacramento appeals to the United States Court of Appeals for the Ninth Circuit the district court's August 16, 2023 order issuing a preliminary injunction against the City of Sacramento.  Dkt. No. 55.

///

///

///

1

**NOTICE OF APPEAL**                                Case No.: 2:22-cv-01095-TLN-KJN

1 | Attached to this notice of appeal is the Representation Statement.

2 | Dated: August 21, 2023                              Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
Lee H. Roistacher
Attorneys for Defendant
City of Sacramento

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List* **each** *party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| City of Sacramento |

Name(s) of counsel (if any):
| Lee H. Roistacher, Esq. (SBN 179619) <br> Dean Gazzo Roistacher LLP |

Address: 440 Stevens Avenue, Suite 100, Solana Beach, CA 92075

Telephone number(s): 858-380-4683

Email(s): lroistcher@deangazzo.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| Sacramento Homeless Union, a local of the California Homeless Union/Statewide Organizing Council, on behalf of itself and those it represents; Betty Rios; Donta Williams; Falisha Scott |

Name(s) of counsel (if any):
| Anthony David Prince, Esq. (SBN 202892) <br> Law Offices of Anthony D. Prince |

Address: 2425 Prince St., Berkeley, CA 94705

Telephone number(s): 510-301-1472

Email(s): princelawoffices@yahoo.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                  1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
City of Sacramento

Name(s) of counsel (if any):
Grace L. Pak, Senior Deputy City Attorney (SBN 263733)
City of Sacramento

Address: 915 I. Street, Room 4010, Sacramento, CA 95814

Telephone number(s): 916-808-5346

Email(s): glpak@cityofsacramento.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                2                                        *New 12/01/2018*

Re:   *Sacramento Homeless Union, et al. v. County of Sacramento, et al.*
      Eastern District of California Case No. 2:22-cv-01095-TLN-KJN

# **ATTACHMENT TO FORM 6. - REPRESENTATION STATEMENT**

**Appellants**:

| | |
|---|---|
| Name of Party/Parties: | City of Sacramento |
| Name of Counsel: | Susana Alcala Wood, City Attorney (SBN 156366) |
| Address: | City of Sacramento, 915 I Street, Sacramento, CA 95814 |
| Telephone No.: | 916-808-5346 |
| Email: | sawood@cityofsacramento.org |