SUSANA ALCALA WOOD, City Attorney (SBN 156366)
GÖKALP Y. GÜRER, Senior Deputy City Attorney (SBN 311919)
ggurer@cityosacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.:  2:22-cv-01095-TLN-KJN<br><br>TRANSFER OF LEAD ATTORNEY TO BE NOTICED FOR ALL PURPOSES |

NOTICE TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of October 10, 2023 the Sacramento City Attorney's Office has transferred the handling of the above-entitled matter from Senior Deputy City Attorney GRACE L. PAK to Senior Deputy City Attorney GÖKALP Y. GÜRER, email address (ggurer@cityosacramento.org) and requests that GÖKALP Y. GÜRER be designated AS LEAD ATTORNEY TO BE NOTICED for all purposes.

1

The address, telephone and facsimile numbers will remain the same.

The undersigned agree to this transfer.

Dated: October 19, 2023

                                        /S/
                              GRACE L PAK
                              Senior Deputy City Attorney

Dated: October 19, 2023

                                        /S/
                              GÖKALP Y. GÜRER
                              Senior Deputy City Attorney

TRANSFER OF LEAD ATTORNEY TO BE NOTICED FOR ALL PURPOSES

1333192