1  **LISA A. TRAVIS, County Counsel**
     [State Bar No. 184793]
2  **JANICE M. SNYDER, Assistant County Counsel**
     [State Bar No. 198673]
3  **COUNTY OF SACRAMENTO**
   700 H Street, Suite 2650
4  Sacramento, CA  95814
   Telephone:  (916) 874-5506
5  Facsimile:  (916) 874-8207
   E-mail:  snyderja@saccounty.gov
6  File No.:  120257-000458

7  Attorneys for County of Sacramento

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1-100,<br><br>Defendants. | Case No. 2:22-CV-01095-KJM-KJN<br><br>**TRANSFER OF LEAD ATTORNEY TO BE NOTICED FOR ALL PURPOSES** |

**NOTICE TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE pursuant to Local Rule 182(c)(1) that the Sacramento County Counsel's Office has transferred the handling of the above-entitled matter from former Supervising County Counsel Rick Heyer to Assistant County Counsel Janice M. Snyder. Defendant COUNTY OF SACRAMENTO hereby requests that all pleadings, notices, orders, correspondence, and other papers in connection to this action be served upon Janice M. Snyder.

///

///

///

-1-

|   |   |   |
|---|---|---|
| New counsel: | Janice M. Snyder, Assistant County Counsel<br>County of Sacramento<br>700 H Street, Suite 2650, Sacramento, CA 95814<br>Tel.: (916) 874-5506<br>Email: snyderja@saccounty.gov |   |
| Old counsel: | Rick Heyer, Supervising Deputy County Counsel<br>County of Sacramento<br>700 H Street, Suite 2650, Sacramento, CA 95814<br>Tel.: (916) 874-7538<br>Email: heyerr@saccounty.gov |   |

The undersigned agree to this transfer.

DATED:   June 4, 2024          LISA A. TRAVIS, County Counsel
                               Sacramento County, California


                               By:   /s/ Janice M. Snyder
                                     Janice M. Snyder
                                     Assistant County Counsel


DATED:   June 4, 2024          By:   /s/ Rick Heyer
                                     Rick Heyer
                                     Deputy County Counsel

2815905

-2-

TRANSFER OF LEAD ATTORNEY TO BE NOTICED FOR ALL PURPOSES