SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**GÖKALP Y. GÜRER, Senior Deputy City Attorney (SBN 311919)**
ggurer@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.:  2:22-CV-01095-TLN-CSK<br><br>**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**<br><br>**Date:** September 23, 2024<br>**Time:** 9:30 a.m.<br>**Courtroom:** Remote via Zoom<br>**Judge:** The Honorable Carolyn K. Delaney |

Pursuant to the Court's Minute Order dated July 22, 2024, defendant CITY OF SACRAMENTO hereby files its Notice of Submission of Settlement Conference Statement following its submission today, September 16, 2024, to the following email address: ckdorders@caed.uscourts.gov.

DATED:  September 16, 2024

SUSANA ALCALA WOOD,
City Attorney

By:  /s/Gökalp Gürer
**GÖKALP Y. GÜRER**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO