Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

**UNITED STATES COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.: 2:22-cv-01095-TLN-KJN<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**Date:** September 23, 2024<br>**Time:** 9:30 am<br>**Courtroom:** Dept. 24<br>**Judge:** Hon. Carolyn K. Delaney |

Pursuant to the Court's order of July 22, 2024, Plaintiffs hereby file their Notice of Submission of Settlement Conference Statement. Plaintiffs' statement was emailed to Hon. Carolyn K. Delaney on the afternoon of September 16, 2024 at ckdorders@caed.uscourts.gov.

Dated: September 16, 2024

Respectfully Submitted,
/s/ Anthony D. Prince,
General Counsel, California Homeless Union/
Statewide Organizing Council

Attorney for Plaintiffs

Page | - 1 -