1    **LISA A. TRAVIS, County Counsel**
       **[State Bar No. 184793]**

2    **JANICE M. SNYDER, Assistant County Counsel**
       **[State Bar No. 198673]**

3    **COUNTY OF SACRAMENTO**
    **700 H Street, Suite 2650**

4    **Sacramento, CA  95814**
    **Telephone:  (916) 874-5506**

5    **Facsimile:  (916) 874-8207**
    **E-mail:  snyderja@saccounty.gov**

6    **File No.:  120257-000458**

7    **Attorneys for Defendant(s), County of Sacramento**

8                **UNITED STATES COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  **SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,** | **Case No. 2:22-cv-01095-TLN-KJN** |
| **Plaintiff(s),** | **NOTICE OF RESOLUTION AND PROPOSED DISPOSITIONAL ORDER** |
| **vs.** | **HONORABLE CAROLYN K. DELANEY UNITED STATES CHIEF MAGISTRATE COURT JUDGE** |
| **COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1-100,** | |
| **Defendant(s).** | |

20        As directed by the Honorable Carolyn K. Delaney, Defendant County submits the

21  attached dispositional order after settlement conference. Defendant County provided the attached

22  proposed order to Plaintiffs and Defendant City on October 11, 2024 at 1:04 p.m. and no

23  revisions or objections have been received as to the content of the proposed order.

24  ///

25  ///

26  ///

27  ///

28  ///

| | |
|---|---|
| 1 | **UNITED STATES COURT** |
| 2 | **EASTERN DISTRICT OF CALIFORNIA** |
| 3 | **SACRAMENTO HOMELESS UNION, a** |

1

2

3 **SACRAMENTO HOMELESS UNION, a**
local of the **CALIFORNIA HOMELESS**
4 **UNION/STATEWIDE ORGANIZING**
**COUNCIL, on behalf of itself and those it**
5 **represents; BETTY RIOS; DONTA**
**WILLIAMS; FALISHA SCOTT and all**
6 **those similarly situated,**

7          **Plaintiff(s),**

8 **vs.**

9 **COUNTY OF SACRAMENTO, a political**
**subdivision of the State of California; CITY**
10 **OF SACRAMENTO, a municipal**
**corporation; and DOES 1-100,**

11

12          **Defendant(s).**

Case No. **2:22-cv-01095-TLN-KJN**

**NOTICE OF RESOLUTION AND**
**PROPOSED DISPOSITIONAL ORDER**

**HONORABLE CAROLYN K. DELANEY**
**UNITED STATES CHIEF MAGISTRATE**
**COURT JUDGE**

13       Plaintiffs Sacramento Homeless Union, et al. represented by Anthony D. Prince, Esq. and

14 Andrea M. Henson, Esq., ("Plaintiffs") and County of Sacramento ("County") represented by

15 Assistant County Counsel Janice M. Snyder and City of Sacramento ("City") represented by

16 Senior Deputy City Attorney Gökalp Y. Gürer (collectively "Defendants") met in Department 24

17 on September 23, 2024 for a Settlement Conference. As a result of that conference, the Plaintiffs

18 moved to dismiss Defendant County in exchange for a waiver of costs and a settlement

19 agreement was reached. A settlement agreement with Defendant City was not reached.

20       As agreed upon on September 23, 2024, this Court so orders as to Plaintiffs and

21 Defendant County only:

22       Defendant County is dismissed and costs against Plaintiffs are waived. Each side shall

23 bear its own attorney's fees and costs. Defendant County is released from all claims that were

24 raised or could have been raised concerning the allegations in the complaint and any defendants,

25 either past or current. Application of Civil Code Section 1592 is waived.

26       IT IS SO ODERED.

27 ///

28 ///

PROPOSED DISPOSITIONAL ORDER

1   DATED: _____

2

3                                                        By: _____
                                                             CAROLYN K. DELANEY
4                                                            UNITED STATES CHIEF MAGISTRATE
                                                             COURT JUDGE
5

6

7   2892582

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED DISPOSITIONAL ORDER