UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION, a local of the CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and those it represents; BETTY RIOS; DONTA WILLIAMS; FALISHA SCOTT and all those similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; CITY OF SACRAMENTO, a municipal corporation; and DOES 1-100,<br><br>Defendant(s). | Case No. 2:22-cv-01095-TLN-CSK<br><br>NOTICE OF RESOLUTION AND DISPOSITIONAL ORDER |

Plaintiffs Sacramento Homeless Union, et al. represented by Anthony D. Prince, Esq. and Andrea M. Henson, Esq., ("Plaintiffs") and County of Sacramento ("County") represented by Assistant County Counsel Janice M. Snyder and City of Sacramento ("City") represented by Senior Deputy City Attorney Gökalp Y. Gürer (collectively "Defendants") met in Courtroom 24 on September 23, 2024 for a Settlement Conference. As a result of that conference, the Plaintiffs moved to dismiss Defendant County in exchange for a waiver of costs and a settlement agreement was reached. A settlement agreement with Defendant City was not reached.

As agreed upon on September 23, 2024, this Court so orders as to Plaintiffs and Defendant County only:

Defendant County is dismissed and costs against Plaintiffs are waived. Each side shall bear its own attorney's fees and costs. Defendant County is released from all claims that were raised or could have been raised concerning the allegations in the complaint and any defendants, either past or current. Application of Civil Code Section 1592 is waived.

IT IS SO ORDERED.

DATED: October 21, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE