Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100,
Berkeley CA, 94705
Ph. 510-301-1472
Email: princelawoffices@yahoo.com

Attorneys for Plaintiffs/Petitioners

UNITED STATES COURT

DISTRICT OF EASTERN CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS UNION ET AL | Case No.: 2:22-cv-01095-TLN-CSK |
| Plaintiff, | NOTICE OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE |
| vs. | |
| CITY OF SACRAMENTO | |
| Defendant | |

Pursuant to the terms of a Settlement Agreement reached in the above-captioned case on August 1, 2025 and placed on the record by Magistrate Judge Sean C. Riordan, Plaintiffs hereby voluntarily dismiss their Complaint without prejudice.

Dated: September 3, 2025

Respectfully Submitted,
/s/ *Anthony D. Prince*
Anthony D. Prince,
Law Offices of Anthony D. Prince
Attorney for Plaintiffs

NOTICE OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE - 1